■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO NIEVES, Appellant. — Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on February 2, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Fein, Milonas and Ellerin, JJ.